# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORKY IZQUIERDO ALCANTARA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Detention Facility,<br><br>Respondent. | Case No.:  26cv2381 DMS (MMP)<br><br>**ORDER REQUIRING RESPONSE** |

On April 15, 2026, Petitioner filed a Petition for Writ of Habeas Corpus.  Respondent is hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **April 24, 2026**.  Petitioner may file a reply no later than **April 28, 2026**.

To maintain the status quo, Respondent, his officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

26cv2381 DMS (MMP)

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance. The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2381 DMS (MMP)